John P. ALLEN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63273.

Missouri Court of Appeals,
Western District.

Oct. 12, 2004.

Susan L. Hogan, Kansas City, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN and RONALD R. HOLLIGER, JJ.

## ORDER

PER CURIAM.

Mr. John P. Allen appeals from the judgment of the motion court, which denied his request for post-conviction relief under Rule 29.15. For the reasons explained in the memorandum furnished to the parties, we affirm the judgment of the motion court. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Raynaldo Llerena–TORRES, Appellant.

No. WD 63646.

Missouri Court of Appeals,
Western District.

Oct. 12, 2004.

Sarah Weber Patel, Kansas City, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN and RONALD R. HOLLIGER, JJ.

## ORDER

PER CURIAM.

Mr. Raynaldo Llerena–Torres appeals from his convictions for first-degree murder, section 565.020, RSMo 1986, and armed criminal action, section 571.015, RSMo 1986. For the reasons explained in the memorandum furnished to the parties, we affirm. Rule 30.25(b).